UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ST. PIERRE, ET AL.

VERSUS

CELADON GROUP, INC., ET AL.

CIVIL ACTION

18-727-SDD-EWD

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated April 11, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Remand*[4] is hereby DENIED and this matter is referred to the Magistrate for a scheduling conference.

Baton Rouge, Louisiana the 2 day of ~~April~~ May, 2019.

SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 5.
[2] Rec. Doc. 16.
[3] Rec. Doc. 17.
[4] Rec. Doc. 5.